

**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

June 11, 2012

**ELECTRONICALLY FILED**

Hon. Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building &
 U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re:  *Van Duzer Lang Boyer v. Stein, et al.*
**Civil Action No.: 12-1893(FLW)(TJB)**

*Contarino v. M.D. Sass Investors Services, Inc., et al.*
**Civil Action No.: 12-1957(NLH)(KMW)**

*MSC, LLC v. Collins, et al.,*
**Civil Action No.: 12-cv-2395 (FLW)(TJB)**

*English v. CCTS, LLC, et al*
**Civil Action No.: 12:2644(FLW)(TJB)**

*Ledford, et al. v. Stein, et al.*
**Civil Action No.: 12-2869 (FLW)(TJB)**

*T&B Associates, Inc. v. Collins, et al.*
**Civil Action No.: 12-3010(FLW)(TJB)**

Dear Judge Wolfson:

On June 8, 2012, my office filed papers in support of a motion to appoint interim class counsel and liaison counsel in the above cases. Thereafter, we noted the need to file a corrected brief for errors noted in footnotes 2, 4 and 7, and in the Tables of Contents and Authorities. Accordingly, enclosed for Your Honor is a courtesy copy of the corrected brief.

Thank you very much for your consideration.

Respectfully submitted,

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg

BDG:al
Enc.

316574 v1



Hon. Freda L. Wolfson, U.S.D.J.
June 11, 2012
Page 2


cc:     All counsel (via ECF)

316574 v1