UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

RAYMOND V. CONTARINO,

        Plaintiff.

        Civ. # 12-1957 (FLW)

v.

M.D. SASS ASSOCIATES, INC., et al.,

        Order of Reassignment

        Defendants.

It is on this 18th day of December, 2012,

ORDERED that the above-entitled action is reassigned from Judge Freda L. Wolfson to Judge Michael A. Shipp.

        s/Jerome B. Simandle
        JEROME B. SIMANDLE, CHIEF JUDGE
        UNITED STATES DISTRICT COURT